BERNARD W. MAXWELL, RESPONDENT, v. BOARD OF COMMISSIONERS OF THE CITY OF WILDWOOD, IN THE COUNTY OF CAPE MAY, APPELLANT.

Submitted May 25, 1934—Decided September 27, 1934.

For the respondent, *Charles E. McCraith, Jr.*

For the appellant, *Harry Tenenbaum.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For reversal*—None.